IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| FRANK B. BREDIUMS, | |
| Movant, | Case No. 14-cv-01550-TSE/JFA |
| v. | |
| D.C. DIAMOND CORP., et al., | |
| Respondent. | |

## PRAECIPE WITHDRAWING MOTION

COMES NOW Frank B. Bredimus, by and through undersigned counsel, and hereby withdraws the Motion for Withdrawal of Reference in the above referenced matter.

Dated: December 9, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MOVANT, FRANK B. BREDIMUS

　　　　　　　　　　　　　　　　　　　　/s/ Matthew W. Lee
　　　　　　　　　　　　　　　　　　　　Matthew W. Lee (VA Bar No. 40067)
　　　　　　　　　　　　　　　　　　　　8444 Westpark Drive, Suite 510
　　　　　　　　　　　　　　　　　　　　McLean, Virginia 22102
　　　　　　　　　　　　　　　　　　　　703.245.9300
　　　　　　　　　　　　　　　　　　　　703.245.9301 (Facsimile)
　　　　　　　　　　　　　　　　　　　　Matthew.Lee@wilsonelser.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Movant, Frank B. Bredimus*

So Ordered

/s/ _____ 12/9/14
T. S. Ellis, III
United States District Judge

524907v.1